IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD ROBERT CASTAGNO,<br><br>    Petitioner,<br><br>v.<br><br>JAMES GRADY, et al.,<br><br>    Respondents. | CIVIL ACTION<br>NO. 12-3333 |

## **ORDER**

**AND NOW**, this 22nd day of July 2013, upon consideration of Petitioner Ronald Robert Castagno's Petition for Writ of Habeas Corpus (Doc. No. 5), Respondents' Response in Opposition (Doc. No. 9), Petitioner's Reply (Doc. No. 11), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 12), it is **ORDERED** that:

1. The Report and Recommendation of Judge Sitarski (Doc. No. 12) is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus (Doc. No. 5) is **DENIED**.

3. A certificate of appealability will not be issued because, based on the analysis contained in Judge Sitarski's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

4. The Clerk of Court will close the above-captioned case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.